Case 2:21-cv-02202-PSG-KS   Document 27   Filed 09/07/21   Page 1 of 2   Page ID #:107

MASON M. BARNEY
mbarney@sirillp.com
SIRI & GLIMSTAD LLP
200 PARK AVENUE, SEVENTEETH FLOOR
NEW YORK, NEW YORK 10166
TEL: (212) 532-1091

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant. | CASE NO. 2:21-CV-02202-PSG-KS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A |

Plaintiff Tyrone Thompson hereby notifies the Court that the claims of Plaintiff have settled in principal. A Joint Stipulation for Dismissal with prejudice of Plaintiff's claims will be filed upon execution of a formal settlement agreement.

The parties would like to avoid any additional expense, and to further the interests of judicial economy. The Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice will be filed within 60 days.

Dated: September 7, 2021

                SIRI & GLIMSTAD LLP

                */Mason Barney/*
                Mason Barney
                200 Park Avenue, Seventeenth Floor
                New York, New York 10166

NOTICE OF SETTLEMENT

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Tel: (212) 532-1091  
E: rmeese@sirillp.com  
 */Sam M. Muriella/*  
Sam M. Muriella (SBN 132284)  
111 Pacifica, Suite 140  
Irvine, CA 92618  
E: sammuriella@yahoo.com  
*Attorneys for Plaintiff*